**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DRAMA CAMP PRODUCTIONS, INC., and J&M, LLC,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**MT. HAWLEY INSURANCE COMPANY.,** )<br>)<br>)<br>)<br>**Defendants.** ) | **CIVIL ACTION NO. 1:20-CV-266-JB-MU** |

## JUDGMENT

In accordance with the Order entered on December 30, 2020 (Doc. 36), it is the ORDER, JUDGMENT, and DECREE of this Court that judgment is ENTERED in favor of Defendant and against Plaintiffs. It is further ORDERED that all costs herein incurred are taxed against Plaintiffs, for which let execution issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 30th day of December, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE